FILED 08 FEB 12 PM 3:06 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MHP

JASVIR SINGH,

Plaintiff,

vs.

EMILIO T. GONZALEZ,
Director, United States Citizenship and Immigration Services,

Defendant.

______________________________/

CV No. 08 0899

COMPLAINT FOR DECLARATORY JUDGMENT AN D INJUNCTION

E-filing

Plaintiffs allege:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to adjudication applications for benefits under the Immigration and Nationality Act, including applcations for adjustment of status pursuant to 8 U.S.C. §1159(b) .

3. Plaintiff is a citizen of India who has been granted asylum in the United States. See Exhibit A.

4. 8 U.S.C. §1159(b) vests the USCIS with discretion to adjust the status of an alien granted asylum to an alien lawfully admitted for permanent residence.

5. On April 25, 2001 plaintiff applied for adjustment of status pursuant to 8 U.S.C. §1159(b) by filing an application in the manner prescribed in 8 C.F.R. § 209.2 with the USCIS Nebraska Service Center. See Exhibit B.

6. It is the legal duty of the USCIS to adjudicate an application for adjustment of status, and to adjust an alien's status to lawful permanent resident if an application is approved, or, if an application is denied, forward written notice of the decision to the alien that includes the reason for denial.

7. 5 U.S.C. § 555(b) dictates that the USCIS must proceed to conclude action on plaintiff's application within "a reasonable time". The USCIS has violated its duty. According to information the USCIS makes available to the public, the USCIS Nebraska Service Center is now adjudicating adjustment applications filed on or before October 1, 2006. See Exhibit C. The USCIS's failure to adjudicate plaintiff's application violates 8 U.S.C. § 1159(b), 5 U.S.C. § 555(b), and 8 C.F.R. § 209.2.

8. Plaintiff's application remains pending.

9. There is no administrative appeal from the USCIS's failure to adjudicate plaintiff's application.

10. There is a real and actual controversy between the parties. Plaintiff has no adequate remedy at law. Plaintiff has suffered and will continue to suffer irreparable injury as result of the acts of the defendant complained herein.

WHEREFORE, plaintiffs pray judgment.

1. Declaring that defendant has violated 8 U.S.C. § 1159(b), 5 U.S.C. § 555(b), and 8 C.F.R. § 209.2, in the adjudication of plaintiff's application for adjustment of status.

2. Preliminarily and permanently enjoining defendant to immediately adjudicate plaintiff's application for adjustment of status.

3. Awarding plaintiff his costs and reasonable attorneys fees incurred in this action;

4. Granting such other and further relief as may be appropriate.

Dated: February 12, 2008

JONATHAN M. KAUFMAN
Attorney For Plaintiff

# EXHIBIT A

IMMIGRATION COURT
26 FEDERAL PLZ 10TH FL RM 1000
NEW YORK, NY 10278

In the Matter of

SINGH, JASVIR
Respondent

Case No.: A75-980-445

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 13, 2000. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to ______ or in the alternative to ______

[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to ______ alternative to ______

[ ] Respondent's application for voluntary departure was granted until ______ upon posting a bond in the amount of $ ______ with an alternate order of removal to ______

[✓] Respondent's application for asylum was (✓)granted ( )denied ( )withdrawn.

[ ] Respondent's application for withholding of removal was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1) ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's application for a waiver under section ______ of the INA was ( )granted ( )denied ( )withdrawn or ( )other.

[ ] Respondent's application for adjustment of status under section ______ of the INA was ( )granted ( )denied ( )withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under section 246.

[ ] Respondent is admitted to the United States as a ______ until ______.

[ ] As a condition of admission, respondent is to post a $ ______ bond.

[ ] Respondent knowingly filed a frivolous asylum application after proper notice.

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ] Proceedings were terminated.

[ ] Other: ______

Date: Jan 13, 2000

Appeal: (Waived)/Reserved Appeal Due By:

[signature]

MARGARET MCMANUS
Immigration Judge

# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

9804064

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| LIN-01-186-50997 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT |
| April 25, 2001 | | A75 980 445 SINGH, JASVIR |
| NOTICE DATE | PAGE | |
| May 29, 2001 | 1 of 1 | |

JASPREET SINGH
ROMAN & SINGH LLP
37 44 75TH STREET STE 200
JACKSON HEIGHTS NY 11372

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Asylee adjustment

The above application or petition has been received. It[illegible]ally takes 370 to 400 days from the date of this receipt for us to process this type of case. Please notify us immed[illegible] if any of the above information is incorrect.

We will send you a written notice as soon as we make [illegible] on this case. You can also use the phone number 402-323-7830 to obtain case status information direct[illegible]ted system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of t[illegible]

If you have other questions about possible immigration be[illegible]ts and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-[illegible]5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit [illegible] www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and [illegible] immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



1-800-375-5283

# EXHIBIT C





# U.S. Citizenship and Immigration Services
# Nebraska Service Center Processing Dates
# Posted January 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Nebraska Service Center** Posted January 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | July 16, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | July 19, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | August 15, 2007 |

| | | | |
|---|---|---|---|
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | December 31, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | December 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | December 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | November 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | November 16, 2007 |
| **I-131** | Application for Travel Document | Permanent resident applying for a re-entry permit | June 08, 2007 |
| **I-131** | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | June 08, 2007 |
| **I-131** | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | August 15, 2007 |
| **I-131** | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | April 20, 2007 |
| **I-131** | Application for Travel Document | All other applicants for advance parole | August 15, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Extraordinary ability | November 16, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 20, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Multinational executive or manager | January 18, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Schedule A Nurses | November 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 23, 2007 |

| | | | |
|---|---|---|---|
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | November 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Skilled worker or professional | January 22, 2007 |
| **I-140** | Immigrant Petition for Alien Worker | Unskilled worker | December 18, 2006 |
| **I-212** | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | April 17, 2007 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | July 19, 2007 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | July 19, 2007 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | October 01, 2006 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | January 01, 2007 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | July 19, 2007 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | July 19, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 01, 2007 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 01, 2007 |
| **I-612** | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | May 01, 2007 |
| **I-730** | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | October 02, 2006 |
| **I-751** | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | February 10, 2007 |

| | | | |
|---|---|---|---|
| **I-765** | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | December 11, 2007 |
| **I-765** | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | October 29, 2007 |
| **I-765** | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | December 11, 2007 |
| **I-765** | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | October 30, 2007 |
| **I-765** | Application for Employment Authorization | All other applications for employment authorization | October 17, 2007 |
| **I-817** | Application for Family Unity Benefits | Voluntary departure under the family unity program | July 19, 2007 |
| **I-824** | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | February 13, 2007 |

Print This Page Back