UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASVIR SINGH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and<br>Immigration Services,<br><br>　　　　Defendant. | Case No. 08-cv-0899 (MHP)<br><br>ORDER |

　　　THE COURT having reviewed Defendant's motion to dismiss the complaint, and ~~any~~ a statement of non-opposition having been filed, ~~filed opposition and reply~~, hereby GRANTS Defendant's motion.

It is SO ORDERED.

Signed this the  15  day of April, 2008.

